**Electronically Filed
Supreme Court
SCWC-19-0000439
08-JUN-2021
10:33 AM
Dkt. 19 OCOR**

SCWC-19-0000439

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

THEO PEDRO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000439; CASE NO. 2FFC-18-0000252(4))

ORDER OF CORRECTION
(By: Eddins, J.)

IT IS HEREBY ORDERED That the Opinion of the Court, filed on June 4, 2021, is corrected as follows:

On page 43, footnote 29, line 1, the word "undivided" is corrected to read "divided."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, June 8, 2021.

/s/ Todd W. Eddins

Associate Justice

